UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>MARCEL CLADY [3],<br><br>                               Defendant. | Case No.: 3:13-cr-00493-GPC-3<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>[ECF No. 113] |
|---|---|

On April 23, 2014, Marcel Clady ("Defendant") was sentenced to a custodial term of 100 months for a conviction of importation of methamphetamine. (*See* ECF No. 95.) Defendant originally received a fast-track downward departure under USSG § 5K3.1 and a variance under 18 U.S.C. § 3553(e). In 2014, the United States Sentencing Commission promulgated Amendment 782 ("Drugs Minus 2"), which, effective November 1, 2014, lowered the base offense levels for most drug quantities in USSG § 2D1.1(c), and made this change retroactive via Amendment 788. *See also* USSG § 1B1.10(c).

On June 16, 2016, *nunc pro tunc* to August 10, 2015, Defendant filed a motion for reduction of sentence under 18 U.S.C. § 3582(c). (ECF No. 113.) The Government filed an opposition the same day. (ECF No. 115.) Finding that Defendant received a 5–level downward variance under 18 U.S.C. 3553(e), which included waiver of any motion for

retroactive application of changes to the drug quantity table, the Court **DENIES** Defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).

     **IT IS SO ORDERED**.

Dated:  June 20, 2016

                                  Hon. Gonzalo P. Curiel
                                  United States District Judge